UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CECILIA CORDELLA PRESSLEY,

    Plaintiff,

v.                                       Case No. 3:25cv23-TKW-ZCB

FIRST JUDICIAL CIRCUIT IN
AND FOR ESCAMBIA COUNTY,
FLORIDA,

    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because it seeks relief from an immune party. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED because it seeks relief from an immune party.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

1

Case 3:25-cv-00023-TKW-ZCB   Document 6   Filed 05/16/25   Page 2 of 2

2

**DONE AND ORDERED** this 16th day of May, 2025.

*[signature]*

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case 3:25-cv-00023-TKW-ZCB   Document 6   Filed 05/16/25   Page 2 of 2

2